PHILIP BECKER, Respondent, *v.* THE TOWN OF CHERRY CREEK, Appellant.

(Submitted October 16, 1893; decided October 27, 1893.)

APPEAL from order of the General Term of the Supreme Court in the fifth judicial department, made June 23, 1893, which affirmed an order of Special Term denying a motion by defendant to change the place of trial of this action.

*C. R. Lockwood* for appellant.

*Lewis, Moot & Lewis* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

THE PEOPLE ex rel. LOUIS L. LORILLARD, Respondent, *v.* EDWARD P. BARKER et al., Tax Commissioners of New York City, Appellants.

(Argued October 17, 1893 ; decided October 27, 1893.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made July 6, 1893, which affirmed an order of Special Term setting aside an assessment against the relator for taxation on personal property.

*David J. Dean* for appellants.

*John M. Bowers* for respondent.

Agree to affirm on opinion of Special Term.
All concur.
Order affirmed.